UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**
        Plaintiff,

   v.                                            Case No. 16-CV-1404

**APPROXIMATELY $93459 US CURRENCY
FROM BANK OF AMERICA ACCOUNT
ENDING IN 1848, and**

**APPROXIMATELY $18400 US CURRENCY
FROM BANK OF AMERICA ACCOUNT
ENDING IN 1945,**
        Defendants.

---

### DECISION AND ORDER

This is a civil action *in rem* brought by the United States of America under 18 U.S.C. §§ 981(a)(1)(C) and 984, with reference to 18 U.S.C. §§ 1956(c)(7), 1961(1). The government seeks the forfeiture of currency seized from Bank of America accounts ending in 1848 and 1945, held in the name of Abek International, Inc., on March 18, 2016, presently in the custody of the United States Secret Service in Milwaukee, Wisconsin. The government alleges that these funds constitute or are derived from proceeds traceable to wire fraud committed in violation of 18 U.S.C. § 1343. Consistent with Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the government published notice of this action on an official internet government forfeiture site for at least 30 consecutive days and provided notice to known potential claimants by certified mail. No timely verified claims have been filed against the defendant properties. Having reviewed the government's verified complaint and the record in this action, I will grant the government's motion for default judgment.

1

**THEREFORE, IT IS ORDERED** that the government's motion for default judgment (ECF No. 10) is **GRANTED**. Judgment shall be entered accordingly.

**IT IS FURTHER ORDERED** that the defendant properties—approximately $93,459.00 in United States currency from Bank of America account ending in 1848 and approximately $18,400.00 in United States currency from Bank of America account ending in 1945—are forfeited to the United States of America and that no right, title, or interest in the defendant properties shall exist in any other party.

**IT IS FURTHER ORDERED** that the defendant properties shall be seized by the United States Secret Service or its duly authorized agent and shall be disposed of according to law.

Dated at Milwaukee, Wisconsin, this 28th day of December, 2016.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge